### PHILLIPS v. CUMBERLAND ISLAND CLUB.

This case being for decision by a full bench of six Justices who are equally divided in opinion, Russell, C. J., and Gilbert and Hines, JJ., being in favor of affirming the judgment of the trial court, and Beck, P. J., and Atkinson and Hill, JJ., being in favor of a reversal, the judgment of the trial court is affirmed by operation of law.

No. 6362.    SEPTEMBER 18, 1928.

Petition for injunction.   Before Judge J. H. Thomas.   Glynn superior court.   October 20, 1927.

*R. D. Meader* and *J. T. Colson,* for plaintiff.

*Dorsey, Shelton & Dorsey* and *F. M. Scarlett,* for defendant.

---

### TRIBBLE v. TRIBBLE.

1. The evidence as to the essential issues in this case was in conflict, but the evidence fully authorized the verdict.
2. The contention that the plaintiff was in no event entitled to an interest amounting to more than $1030 in the realty and personalty purchased with the joint earnings of the parties is without merit, for the reasons stated in the opinion.
3. Under the facts of this case the language of the judge of which complaint is made in the fifth ground of the motion for new trial was not an expression or intimation of any opinion as to what had or had not been proved, in violation of section 4863 of the Code of 1910.
4. The sixth and seventh grounds of the motion for new trial, which complain of the admission of evidence, show no error requiring the grant of a new trial.
5. An assignment of error which is not approved by the trial court will not be considered in a court of review.
6. The decree of the court was authorized by the pleadings, evidence, and verdict in this case.

No. 6370.    SEPTEMBER 12, 1928.

Divorce, etc.   Before Judge Moore.   Fulton superior court.   November 21, 1927.

*G. S. Peck,* for plaintiff in error.

*Branch & Howard* and *James A. Miller,* contra.

RUSSELL, C. J.   This was an action for divorce, with a prayer for temporary and permanent alimony.   The trial under review was the second trial of the suit for divorce, and temporary alimony of $50 per month had been granted by the trial judge.   In her petition the wife made the claim that she owned a half interest in a described house and lot in the city of Atlanta, and asked that her